**Order entered September 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00040-CV

## IN THE INTEREST OF M.A.M., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-03-14732-T**

## ORDER

Before the Court is appellant's September 9, 2014 motion for authentication of documents. Appellant has informed the Court that the two orders in Tab 1 of the appendix in his amended brief are not included in the clerk's record. The trial court clerk has informed him that the two orders cannot be located. Appellee has not agreed to stipulate to the orders.

Accordingly, we **GRANT** appellant's motion as follows: We **ORDER** the Honorable Lynn Cherry, Judge of the 301st Judicial District Court of Dallas County, Texas, to conduct a hearing, **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, to determine what constitutes an accurate copy of: (1) the March 12, 2014 Order Granting Lynette Grange's Motion to Dismiss for Failure to Give Security for Costs; and (2) March 12, 2014 Order on Various Motions Set on March 12, 2014. Judge Cherry shall make findings of fact and conclusions of law.

We **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file a supplemental clerk's record, **WITHIN FORTY-FIVE DAYS OF THE DATE OF THIS ORDER**, containing: (1) the trial court's findings of fact and conclusions of law from the hearing; and (2) copies of the two orders determined by the trial court to be accurate.

We **ORDER** Kim Allen, Official Court Reporter for the 301st Judicial District Court of Dallas County, Texas, to file, **WITHIN FORTY-FIVE DAYS OF THE DATE OF THIS ORDER**, the reporter's record of the hearing.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Cherry, Gary Fitzsimmons, Kim Allen, appellant, and counsel for appellee.

We **ABATE** this appeal to allow the trial court to conduct the hearing. The appeal will be reinstated either forty-five days from the date of this order or when the Court receives the supplemental clerk's record and reporter's record, whichever occurs sooner.

/s/     ELIZABETH LANG-MIERS
        JUSTICE